ORIGINAL

IN THE DISTRICT COURT OF ~~Delaware~~ ~~COUNTY, NEBRASKA~~

Jerome Javies,

Plaintiff,

vs.

Union Pacific Railroad Co.,

Defendant.

Case No. 06  128

**AFFIDAVIT AND APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Request to Proceed Without Payment of Fees)

STATE OF ~~NEBRASKA~~ Delaware )
) ss:
COUNTY OF _____ )

FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The undersigned, being first duly sworn on oath, deposes and says that:

1. I am the Plaintiff in an action for _Complaint_

2. I bring this action in good faith, and I am entitled to redress.

3. I am unable to pay the cost of litigation, including the cost of publication, and am unable to provide security.

4. I have a net income of only $ _0_ per month, derived from _No Institutional Job_
(i.e., employment, public benefits, Social Security, etc.)

5. I am currently incarcerated and the only income is from my prison job which amounts to $ _0_ per month.

WHEREFORE, pursuant to Neb. Rev. Stat. §§ 25-2301 to 25-2310, I request that the Court authorize me to proceed *in forma pauperis* and direct _Delaware_ ~~County~~, _Delaware_ ~~Nebraska~~, to pay my costs, including fees and other expenses related to this action and waive provision of security.

_Jerome_
Plaintiff (print name)

_[signature]_
Signature

SUBSCRIBED AND SWORN TO before me this _21st_ day of _February_, 20_06_

_____
Notary Public

10/01/04

IN THE DISTRICT COURT OF _Deleware_ COUNTY, ~~Nebraska~~

_Jerome Davis_____,
_____Plaintiff_____,

vs.

_Union Pacific Railroad Company_,
_____Defendants_____,
_Deleware Defendants_

CASE NO: _____

AFFIDAVIT IN SUPPORT
OF MOTION TO PROCEED
IN FORMA PAUPERIS

STATE OF _Deleware_ ~~Nebraska~~ )
                                  ) ss:
_Deleware_ ~~County~~             )

I _Jerome Davis_____, the affiant being duly sworn on oath, deposes and states the following:

1. This affidavit is made pursuant to the provisions of **Neb. Rev. Stat. §25-2301 to 25-2310.**

2. That the above entitled action is _An Complaint_____

3. That I am the _Plaintiff_ in the above entitled action.

4. That because of my poverty, I am unable to post an appeal bond, pay filing fees, the costs of preparing a transcript, record, costs or other expenses required for the prosecution of this action.

5. That I am presently incarcerated in an institution under the control of the Nebraska Department of Correctional Services.

6. My current assets consist of:
   a. Cash:----------------------------------$____0_____;
   b. Checking Account(s)----------------$____0_____;
   c. Savings Account(s)------------------$____0_____;
   d. Stocks or Bonds:---------------------$____0_____;
   e. Real Property:-------------------------$____0_____;
   f. Personal Property:---------------------$____0_____;
   g. Automobile:-----------------------------$____0_____;

7.  That my current liabilities consist of:
    a.  Rent: -----------------------------------$ _0_ ;
    b.  Utilities: ------------------------------$ _0_ ;
    c.  Food: -----------------------------------$ _0_ ;
    d.  Clothing & Misc: ------------------------$ _0_ ;
8.  That I have not been employed since: _Aug. of 2005_.
9.  That I receive no welfare or financial assistance of any kind: _None_
10. That my only sources of income are: _None_

11. That my action is based on, but not limited to the redress sought and I should be allowed to pursue the action in **Forma Pauperis**.

THEREFORE, I believe I am entitled to the redress sought and should be allowed to pursue this action in **Forma Pauperis**.

Dated this _21st_ day of _February_, 20_06_.

_Jerome Javis #61935_
Affiant in Propria Persona
P.O. Box 2500
Lincoln, NE 68542-0500

SUBSCRIBED and SWORN to before me this _21st_ day of _February_ 20_06_.

_____
Notary Public

(2)

IN THE DISTRICT COURT OF _Delaware_ ~~COUNTY, NEBRASKA~~

_Jerome Davis_,
Plaintiff,

vs.

_Union Pacific Railroad Co._,
Defendant.

Case No. _____

ORDER TO PROCEED
IN FORMA PAUPERIS

THIS MATTER came before the Court upon Plaintiff's Affidavit and Application to Proceed In Forma Pauperis and to permit Plaintiff to commence the above-captioned action without prepayment of fees, costs, and expenses, or provision of security, and for an Order directing _Delaware_ ~~County, Nebraska~~, to pay Plaintiff's costs, fees, and other
(name of county where case filed)
expenses related to this action.

The Court, being fully advised in the premises, finds and orders as follows:

1.  Plaintiff brings this action for _A Complaint_

2.  Plaintiff cannot commence the above-captioned action if required to prepay fees, costs, and expenses, or provide security.

3.  Plaintiff is without adequate income or resources to pay such costs, fees, and expenses, or to provide security.

4.  Pursuant to Neb. Rev. Stat. §§ 25-2301 to 25-2310, such costs, fees, and expenses may be paid by the County in which the action is filed.

5.  The Clerk of the District Court of _Delaware_ ~~County, Nebraska~~,
    (name of county where case filed)
shall permit Plaintiff's action without prepayment of fees, costs, and expenses, or provision of security.

6.  The responsible officer of the Court shall issue and serve all writs, process, and proceedings without cost to Plaintiff.

10/01/04

7. _DELEWARE_ ~~County, Nebraska~~, shall initially pay costs, including the
   (name of county where case filed)

cost of publication, and other expenses related to this action.

Dated this _21st_ day of _February_, 20_06_.

BY THE COURT:

_____
District Court Judge

10/01/04