In The United States District Court

**ORIGINAL** For The District of Deleware

Jerome Davis,          Case # 06 128 -
   Plaintiff,
   v.         Complaint
Union Pacific Railroad Company,
   Defendants,

FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### Jurisdiction

This court has jurisdiction under 28 USC § 1332, & any applicable pendente lite state (law) claims for personal injury. Plaintiff has domicile in Nebraska, & Defendants are a Deleware Incorporation.

### Complaint

Plaintiff was contaminated & poisoned by the lead in the soil on the Omaha, Nebraska Superfund Site as a child & as a man. (Along with tens of thousands estimated others on said site)

Due to the contamination, & poisoning we the Plaintiff suffered "a unknown cancer of the left kidney which was removed" Wiles tumor cancer, brain damage, (diminishes mental & intellectual capacity) arrested physical development, & plus increased chance of cancer, & other sometimes fatal diseases, as said & released to the public domain by Agency for Toxic Substances & Disease Registry (A.T.S.D.R hereinafter)

In U.S. v. Asarco, & Southern Peru Holding Corporation, Docket # CV02-2079-PHX-R.C.B  2-3-03 The Federal Court accepted $100,000,000.00 from a "P.R.P" Possible Responsible Party A.S.A.R.C.O. in exchange for 3 years moratorium from "E.P.A. on prosecution in re-contamination on the said Omaha Site whereat "E.P.A." has said & names Union Pacific Railroad Co.

(1)

as liable for the contamination as well & is currently negotiating for financial response.

Plaintiff is 28 years of age & was born in Omaha, Nebraska, furthermore raised on this said site, & to present still holds a residence there.

In about June 2005, I first learned of the Omaha Nebraska's Superfund Site contamination & lead poisoning through Omaha World Herald an Omaha newspaper publication.

Demands

We demand $10,000,000.00 damages for our lead-poisoning contamination, compensation of medical careas pertaining to said cancer, & all permanent irreversible injuries

A declaration defendant is jointly & severally liable for our injuries along with other possible responsible parties

Certification hereof as a class action

Appointment of Counsel to represent the class

Leave to proceed in forma pauperis

Whatever else Court deems appropriate in this matter

Respectfully submitted on this 21st day of February 2006.

Jerry Day

By: Jerome Davis # 61935 "Pro Se"
P.O. Box 2500
Lincoln, NE. 68542-2500

②



Mr. Jerome Bates #61955
P.O. Box 2500
Lincoln, NE 68542-2500

Do Not Open!
Legal Mail!

Office of The Clerks
U.S. District Court
844 N. King Street
Wilmington, DE 19801