# STATE OF NEBRASKA

**DEPARTMENT OF CORRECTIONAL SERVICES**
Robert P. Houston
*Director*



Dave Heineman
*Governor*

**CERTIFICATION
STATE OF NEBRASKA
DEPARTMENT OF CORRECTIONAL SERVICES**

I, Inga L. Hookstra, Controller, hereby certify that the attached is a true and correct copy of the monthly institutional account transactions for the account of Jerome Davis, # 61935, for the six month period of August 2005 through January 2006 consisting of six pages. Accountings for fractional portions of months are not available.

This certification is provided pursuant to Local Rule 52 of the U.S. District Court of the District of Nebraska, regarding in Forma Pauperis filings.

Dated this 1st day of February, 2006.

*[signature]*
Controller

(SEAL)

P.O. Box 94661 • Lincoln, Nebraska 68509-4661 • Phone (402) 471-2654
*An Equal Opportunity / Affirmative Action Employer*

```
                    DEPARTMENT OF CORRECTIONAL SERVICES
                                ACCOUNTING
                        INSTITUTIONAL ACCOUNT STATEMENT
                     FOR THE MONTH ENDING    AUGUST 31, 2005


ID                                        INST     REC               LAST
NUMBER  NAME                     DATE REC  RELEASE  CTR LOCALITY     ACTIVITY
 61935  DAVIS/JEROME             04/14/05           NSP SEGPB-16     08/30/05

SSN      PREV ID  GATE  HR ASSIGNMENT   DATE     IST CNF MNT RST SAV SEC SUS LEG
 0923     55308    .00  AD UNASSIGN-P   07/31/05  O   O           O       O
                                                  N   N           N       N

PROL VIOL  DET  BEGIN BAL   BEG UNFR BAL   CURR FR BAL   CURR UNFR BAL   CURR BAL
     N          .02          .02            .00           1.20            1.20

TRAN   TRAN    DOC                         FROZEN
CODE   DATE    NUMBER  DESCRIPTION         AMOUNT    DEBIT    CREDIT    BALANCE
03231  080105  235970  FARLEY/BETTY                            20.00     20.02
03801  080205  000655  STORE 02 CHARGES              19.65                 .37
03801  080905  004834  STORE 02 CHARGES                .36                 .01
01301  081605          PAY 372 03   JUL 2005                   11.25     11.26
01972  081605          05% RELEASE SAVINGS            .56                10.70
01301  081605          PAY 372 72   JUL 2005                    8.47     19.17
01972  081605          05% RELEASE SAVINGS            .42                18.75
03801  081605  009032  STORE 02 CHARGES               7.89               10.86
03801  082305  014323  STORE 02 CHARGES               6.26                4.60
03113  082905  081605  BOOKS 4 PRISONERS              2.60                2.00
03801  083005  019225  STORE 02 CHARGES                .80                1.20
```

```
                    DEPARTMENT OF CORRECTIONAL SERVICES
                              ACCOUNTING
                      INSTITUTIONAL ACCOUNT STATEMENT
                  FOR THE MONTH ENDING SEPTEMBER 30, 2005


ID                                               INST    REC              LAST
NUMBER  NAME                         DATE REC   RELEASE  CTR LOCALITY    ACTIVITY
 61935  DAVIS/JEROME                  04/14/05           NSP SEGPB-09    09/30/05

SSN        PREV ID   GATE   HR ASSIGNMENT   DATE     IST CNF MNT RST SAV SEC SUS LEG
    0923    55308    .00    AD UNASSIGN-P   07/31/05  O   O            O       O
                                                      N   N            N       N

PROL VIOL  DET  BEGIN BAL   BEG UNFR BAL   CURR FR BAL   CURR UNFR BAL   CURR BAL
           N      1.20         1.20           .00            .00            .00

TRAN   TRAN    DOC                         FROZEN
CODE   DATE    NUMBER  DESCRIPTION         AMOUNT     DEBIT    CREDIT   BALANCE
03801  090605  002285  STORE 02 CHARGES                .80                 .40
02362  091205          5 MOS COPIES COURT                                  .40
03801  091305  006286  STORE 02 CHARGES                .40                 .00
01301  091905          PAY 372 72  AUG 2005                                .00
02362  092205          5 MOS COPIES COURT                                  .00
02362  092605          5 MOS COPIES INMATE                                 .00
02362  092605          2-SETS OF ABOVE                                     .00
```

```
                    DEPARTMENT OF CORRECTIONAL SERVICES
                               ACCOUNTING
                       INSTITUTIONAL ACCOUNT STATEMENT
                    FOR THE MONTH ENDING   OCTOBER 31, 2005


ID                                            INST     REC              LAST
NUMBER  NAME                        DATE REC  RELEASE  CTR LOCALITY     ACTIVITY
  61935 DAVIS/JEROME                04/14/05           NSP SEGPB-09     10/27/05

SSN        PREV ID    GATE    HR ASSIGNMENT   DATE    IST CNF MNT RST SAV SEC SUS LEG
     0923     55308    .00    AD UNASSIGN-P   07/31/05  O   O           O       O   O
                                                        N   N           N       N   N

PROL VIOL  DET  BEGIN BAL    BEG UNFR BAL    CURR FR BAL    CURR UNFR BAL    CURR BAL
      N             .00             .00            .00           10.00          10.00

TRAN   TRAN   DOC                            FROZEN
CODE   DATE   NUMBER   DESCRIPTION           AMOUNT      DEBIT     CREDIT    BALANCE
01301  101905          PAY 372 72  SEP 2005                                      .00
03231  102705 239499   FAIRLEY/BETTY                               10.00       10.00
```

```
                    DEPARTMENT OF CORRECTIONAL SERVICES
                              ACCOUNTING
                      INSTITUTIONAL ACCOUNT STATEMENT
                    FOR THE MONTH ENDING  NOVEMBER 30, 2005


ID                                      INST      REC                LAST
NUMBER  NAME                   DATE REC  RELEASE   CTR LOCALITY      ACTIVITY
 61935  DAVIS/JEROME           04/14/05            NSP SEGPB-09      11/29/05

SSN        PREV ID   GATE   HR ASSIGNMENT   DATE      IST CNF MNT RST SAV SEC SUS LEG
    0923    55308     .00   AD UNASSIGN-P   07/31/05   O   O           O       O   O
                                                       N   N           N       N   N

PROL VIOL  DET  BEGIN BAL    BEG UNFR BAL    CURR FR BAL    CURR UNFR BAL    CURR BAL
      N         10.00          10.00            .00             .09            .09

TRAN   TRAN   DOC                            FROZEN
CODE   DATE   NUMBER   DESCRIPTION           AMOUNT      DEBIT      CREDIT     BALANCE
03801  110105 000055   STORE 02 CHARGES                   8.61                    1.39
02362  110305          6 MOS COPIES INMATE                                        1.39
03801  110805 004817   STORE 02 CHARGES                   1.30                     .09
01301  111705          PAY 372 72  OCT 2005                                        .09
```

```
                    DEPARTMENT OF CORRECTIONAL SERVICES
                              ACCOUNTING
                      INSTITUTIONAL ACCOUNT STATEMENT
                     FOR THE MONTH ENDING DECEMBER 31, 2005


ID                                       INST        REC              LAST
NUMBER  NAME                      DATE REC  RELEASE  CTR LOCALITY     ACTIVITY
  61935 DAVIS/JEROME              04/14/05           NSP SEGPB-16     12/22/05

SSN         PREV ID   GATE   HR ASSIGNMENT  DATE      IST CNF MNT RST SAV SEC SUS LEG
     0923   55308      .00   AD UNASSIGN-P  07/31/05   O   O           O       O   O
                                                       N   N           N       N   N

        PROL VIOL  DET  BEGIN BAL   BEG UNFR BAL   CURR FR BAL   CURR UNFR BAL   CURR BAL
             N                .09           .09           .00             .09         .09

TRAN   TRAN    DOC                           FROZEN
CODE   DATE    NUMBER  DESCRIPTION           AMOUNT     DEBIT       CREDIT       BALANCE
02362  121405  120205  6 MO LEGAL COPY                                               .09
02362  121405  112205  2/6 MO LEGAL COPIES                                           .09
01301  121605          PAY 372 72  NOV 2005                                          .09
02362  122205          6 MOS COPIES/COURT                                            .09
```

```
                    DEPARTMENT OF CORRECTIONAL SERVICES
                                ACCOUNTING
                        INSTITUTIONAL ACCOUNT STATEMENT
                    FOR THE MONTH ENDING   JANUARY 31, 2006


ID                                              INST    REC               LAST
NUMBER   NAME                        DATE REC   RELEASE CTR LOCALITY      ACTIVITY
  61935  DAVIS/JEROME                04/14/05           NSP SEGPB-05      01/31/06

SSN         PREV ID   GATE   HR ASSIGNMENT  DATE    IST CNF MNT RST SAV SEC SUS LEG
   0923     55308     .00    AD UNASSIGN-P  07/31/05  O   O           O       O   O
                                                      N   N           N       N   N

PROL VIOL  DET   BEGIN BAL     BEG UNFR BAL    CURR FR BAL   CURR UNFR BAL    CURR BAL
       N              .09              .09            .00             .09         .09

TRAN  TRAN   DOC                               FROZEN
CODE  DATE   NUMBER  DESCRIPTION               AMOUNT      DEBIT      CREDIT    BALANCE
01301 011906         PAY 372 72  DEC 2005                                           .09
02362 013106         6 MOS COPIES/COURT                                             .09
```

For the District of Delaware

Jerome Davis,
            Plaintiff,

v.                                                    Case # 06-128

Union Pacific Railroad Company,          Certification In Support
            Defendant.                               of In Forma Pauperis
                                                      Application Nunc Pro Tunc

**FILED**
**MAR - 2 2006**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I Jerome Davis, the plaintiff, hereby certifies that the following statement is true & accurate:

1.) That on the 21st of February I sent a complaint & application asking to proceed in leave of In Forma Pauperis.

2.) That the attached certification is a 6 month statement of plaintiff's inmate account in which he's currently incarcerated.

Therefore we ask the court to accept this certification Nunc Pro Tunc, & wherefore grant us leave to proceed In Forma Pauperis in order to redress our issues.

                                                                    /s/ Jerome Davis

Respectfully submitted on this 22nd day of February 2006.

By: Jerome Davis #61935
P.O. Box 2500
Lincoln, NE 68542-2500

(1)

