For The District of Delaware

Jerome Davis,
         Plaintiff
V.                                          Case # 106cv128-K.A.J.
D.P.R.C.,
         Defendants,                        Motion for Information

Comes Now, the plaintiff brings before this court in the above matter, a motion requesting for information. We make this request due to on 3-10-06 the clerk R.J.B. sent me only a notice of electronic filing; There was no other orders or indications as to our request for leave to proceed in forma pauperis be granted or if the initial review was done. Wherefore we pray that before any other rulings is made we be granted information as to the statues of our complaint.

                                                    Jerome Davis

Respectfully submitted on this 12th day of March 2006.

FILED
MAR 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

By: Jerome Davis # 61935  Pro Se
P.O. Box 7500
Lincoln De. 68542-2500

