**ORIGINAL**

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 20, 2006

TO:   Jerome Davis
      SBI# 61935
      Nebraska Department of Corrections
      P.O.Box 2500
      Lincoln, NE 68542-2500

*RE:  Letter Requesting Status of Case; CA 06-128 KAJ*

Dear Mr. Davis:

This office has received a letter from you requesting the status of the above mentioned civil action. Your case is assigned to the Honorable Kent A. Jordan and is currently pending before the Court. You will be advised by the Court as to further developments in your case.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rg                        PETER T. DALLEO
                           CLERK

cc:   The Honorable Kent A. Jordan: CA 06-128 KAJ



FILED

MAR 2 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE