IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JEROME DAVIS,                          )
                                       )
            Plaintiff,                 )
                                       )
      v.                               ) Civil Action No. 06-128 KAJ
                                       )
UNION PACIFIC RAILROAD                 )
COMPANY,                               )
                                       )
            Defendant.                 )

## AUTHORIZATION

I, Jerome Davis, SBI #61935, request and authorize the agency

holding me in custody to disburse to the Clerk of the Court, U.S.

District Court, Federal Building, Lockbox 18, 844 N. King Street,

Wilmington, Delaware 19801, the initial partial filing fee of

$1.66 and the subsequent payments pursuant to 28 U.S.C. § 1915(b)

and required by the Court's order dated March 9th, 2006.

This authorization is furnished to the Clerk of Court in

connection with the filing of a civil action, and I understand

that the filing fee for the complaint is $250.00. I also

understand that the entire filing fee may be deducted from my

trust account regardless of the outcome of my civil action. This



FILED

MAR 2 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

authorization shall apply to any other agency into whose custody

I may be transferred.

Date: ___March 13th_____, 2006.


_____
Signature of Plaintiff

2