For The District of Delaware

Jerome Davis,
Plaintiff,

v.

U.P.R.C.,
Defendant,

Case # 1:06 cv 128 "KAJ"

Jurisdictional Statement

Comes Now, we bring before this court a statement of jurisdiction. A order was made in the above case on March 9th 2006 stating that the following case was a action under jurisdiction of 42 U.S.C. 1983 when in fact the jurisdiction is in fact 28 U.S.C. 1332 in the action. Wherefore we ask that the court makes corrections to the record in concerns to jurisdiction which is 28 U.S.C. 1332 "diversity & citizenship".

Respectfully submitted on this 13th day of March 2006.

By: Jerome Davis #61935
P.O. Box 2500
Lincoln, NE. 68542-2500

FILED
MAR 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE