In The United States District Court
For The District of Delaware

Jerome Davis,
    Plaintiff,

v.

J.P.R.C.,
    Defendant.

Case # 06CV128 K.A.J.

Motion For Extension of Time

Comes Now the plaintiff Jerome Davis, brings forth the following motion before this court requesting a extension of time. The plaintiff who claims poverty make this request due to his current statues. I'm currently in segregation confinement & for that reason am unable to work within the institution therefore my funds are non-existant on my institutional account. Wherefore we pray this court grants the plaintiff an extension until it's possible for plaintiff to make payment, or funds exsist on inmates institutional account.

Respectfully submitted on this 13th day of March 2006.

By: Jerome Davis # 61935 Pro se
PO Box 2500
Lincoln, Nr. 68542-2500

FILED
MAR 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Mr. Jerome Dales #61935
P.O. Box 500
Lincoln, NE. 68542-2500

Legal Mail!
Do Not Open!

Office of The Clerk
U.S. District Courthouse
844 King Street, Lockbox 18
Wilmington, Delaware, 19801-3570