To The United States District Court
For The District of Delaware

| | |
|---|---|
| Jerome Davis, | Case # 06-128 KAJ |
| Plaintiff, | |
| V. | Interlocutory Appeal |
| Union Pacific Railroad Co. | |

Comes Now, In an Interlocutory Appeal of the order ruled on March 9th 2006 by U.S. District Judge Kent A. Jordan. It was said for one that this civil action was filed under jurisdiction of pursuant to 42 U.S.C. §1983 when in fact it was filed under jurisdiction 28 U.S.C. 1332. Furthermore we the Plaintiff did &

Took every step under the (P.L.R.A.) Prisoners Litigation Reform Act just to have the Judge to stall further in proceeding with the initial review required by the (P.L.R.A.) as well. We submitted a 6 month statement of inmate institutional account certified & a request to proceed & leave in forma pauperis which indicated inmates poverty & which was granted; only to be sent a order to complete an authorization form for the amount of $1.66 initial partial filing fee. Wherefore we appeal this order.

Respectfully Submitted on this 23rd Day of March 2006,

By: Jerome Davis # 61935
P.O. Box 2500
Lincoln, NE. 68542-2500

FILED
MAR 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



MR. JEROME DAVES # 61935
P.O. BOX 2500
LINCOLN, NE. 68542-2500

Do Not Open!
Legal Mail.

Neither This correspondence was
mailed by an inmate confined in an
institution operated by the
Nebraska Department of
Correctional Services.
Its contents are uncensored.

Office of the Clerk
U.S. District Courthouse
844 N. King Street, Box 18
Wilmington, Delaware, 19801-3570