IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-128 KAJ |
| | ) |
| UNION PACIFIC RAILROAD COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington, this 15th day of May, 2006;

IT IS ORDERED:

1.  Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff shall complete and return to the clerk of the court an **original** "U.S. Marshal-285" form for the **defendant, Union Pacific Railroad Company. Plaintiff must also provide the Court with one copy the complaint (D.I. 2) for service upon the defendant. Plaintiff is notified that the United States Marshal will not serve the complaint until the "U.S. Marshal 285" forms with a copy of the complaint has been received by the clerk of the court. Failure to provide the "U.S. Marshal 285" form and a copy of the complaint for the defendant within 120 days of the date of this order may result in the complaint being dismissed or the defendant being dismissed pursuant to Fed. R. Civ. P. 4(m).**

2.  Upon receipt of the completed "U.S. Marshal 285" form and copy of the complaint, the United States Marshal shall serve a copy of the complaint and this order upon the defendant as directed by plaintiff. All costs of service shall be advanced by

the United States.

3. No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

_____
UNITED STATES DISTRICT JUDGE