IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jerome Davis,
    Plaintiff,

V.

Union Pacific Railroad Co.,
    Defendant.

Case: 06-128 "KAJ"

LETTER TO CLERK

Come now, we the Plaintiff recieved an order signed by said judge on the 15th day of May, 2006. Plaintiff was directed to complete an original U.S. Marshal-285 form & provide a copy of complaint. We never recieved a 285 form from this clerks' office & therefore we request clerks' office to provide us such form as directed by this court.

Dated this 19th day of May, 2006.

BY: Jerome Davis #61935 (Pro Se)
P.O. Box 2500
Lincoln, NE. 68542-2500

FILED
MAY 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned



MR. Jerome Davis # 61937
P.O. Box 2500
Lincoln, NE. 68542-2500

Legal Mail

Notice: This correspondence was mailed by an inmate confined in an institution operated by the Nebraska Department of Correctional Services. Its contents are uncensored.

Office of The Clerk
U.S. District Court
844 N. King St. Lockbox 18
Wilmington Delaware 19801-3570

U.S.M.S.
X-RAY