OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 30, 2006

TO: Jerome Davis
SBI# 61935
Nebraska Department of Corrections
P.O. Box 2500
Lincoln, NE 68542-2500

**RE:  U.S. MARSHAL 285 FORMS; 06-128(KAJ)**

Dear Mr. Davis:

   A letter has been received by the Clerk's Office requesting U.S. Marshal's service of process forms (USM 285 forms) to accompany the filing a complaint in this Court. Please be advised that these forms are available at the institution at which you are presently incarcerated. USM 285 forms are sent directly from the U.S. Marshal's Office to the institution library upon request from institution officials (when low or out of stock). The institutions generally provide the service forms to an inmate once a service order issues from the Court. Consequently, the Clerk's office does not provide USM Forms 285 in response to individual requests.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

FOR THE DISTRICT OF DELAWARE

Jerome Davis,
    Plaintiff,
V.
Union Pacific Railroad Co.,
    Defendant,

Case: 06-128 "KAJ"

(14)

LETTER TO CLERK

Come Now, we the plaintiff recieved an order signed by said Judge on the 15th day of May, 2006. Plaintiff was directed to complete an original U.S. Marshal-285 form & provide a copy of complaint. We never recieved a 285 form from this Clerks' office & therefore we request Clerks' office to provide us such form as directed by this Court.

Dated this 19th day of May, 2006.

BY: Jerome Davis #61935 (PRO SE)
P.O. Box 2500
Lincoln, NE. 68542-2500

FILED
MAY 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned