UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jerome Davis, Plaintiff,

v.                                            Case # 06-128 "KAJ"

Union Pacific Railroad Co.,                   NOTICE OF APPEAL
Defendant.

Come now, we the plaintiff files a timely appeals' notice of the courts orders of May 15, 2006. We did not recieve U.S. Marshal-285 form, nor should our case be held up or dismissed "b/c we don't have a institutional job due to us being segregation status" for $1.66 initial partial fee due; especially when funds don't exsist on our institutional account as shown on 6 month statement certified by the institution."

Dated: May 29th, 2006.

By: Jerome Davis # 61935 (Pro Se)
P.O. Box 2500
Lincoln, Ne. 68542-2500

FILED
JUN - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

MR. JEROME DAVIS #61935
P.O. BOX 2500
Lincoln, NE. 68542-2500

U.S.M.S.
U.X-RAY
Legal Mail

Notice! This correspondence was mailed by an inmate confined in an institution operated by the Nebraska Department of Correctional Services. Its contents are uncensored.



$ 00.39⁰  JUN 01 2006
MAILED FROM ZIPCODE 68508

Office of The Clerk
U.S. District Court
844 King St., Lockbox 18
Wilmington, Delaware, 19801-3570