OFFICE OF THE CLERK
### UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 6, 2006

TO: Jerome Davis
    SBI# 61935
    Nebraska Department of Corrections
    P.O. Box 2500
    Lincoln, NE 68542-2500

**RE: U.S. MARSHAL 285 FORMS; 06-128(KAJ)**

Dear Mr. Davis:

    A letter has been received by the Clerk's Office requesting U.S. Marshal's service of process forms (USM 285 forms) to accompany the filing a complaint in this Court. Enclosed please find the above mentioned forms to be filled out and returned to the Clerk's Office.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
    Pro Se Law Clerk
enc: USM 285 forms

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jerome Davis, Plaintiff,            Case # 06-128 "KAJ"     (16)

v.

Union Pacific Railroad Co.,         Notice of Appeal
Defendant.

---

Come Now, we the plaintiff files a timely appeals' notice of the courts orders of May 15, 2006. We did not recieve U.S. Marshal-285 form, nor should our case be held up or dismissed "b/c we don't have a institutional job due to us being segregation status" for $1.66 initial partial fee due; especially when funds don't exsist on our institutional account as shown on 6 month statement certified by the institution."

Dated: May 29th, 2006.

                                    By: Jerome Davis # 61935 (Pro Se)
                                    P.O. Box 2500
                                    Lincoln, Ne. 68542-2500.

FILED
JUN - 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned