IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jerome Davis,
    Plaintiff,

Vs.

Union Pacific Railroad Company,
    Defendant,

Case # 06-128 (K.A.J.)

Subpoenas Duces Tecum Motion

Come Now, pursuant to Rule 45 of Fed. R. Civ. P. we ask this court to Subpoena Duces Tecum a Immanuel Medical Center, 6901 N. 42nd St, Omaha Ne. 68122, & a Clarkson Hospital, 42nd Dewey Ave, Omaha Ne. 68103, to compel production of documents to Plaintiff (at no cost) pursuant to Rule 34(c) "emphases added". "A person not a party to the action may be compelled to produce documents & things or to submit to an inspection as provided in Rule 45".

Wherefore we pray since both parties are non parties to the forementioned action but possesses evidence pertinent to our claim as Plaintiff's medical records provides irrefutable evidence.

Dated: 6-12-06

BY: Jerome Davis #61935 (Pro Se)
P.O. Box 2500
Lincoln, Ne. 68542-2500

FILED
JUN 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

