In the United States District Court
for the District of Delaware

Jerome Davis,
   Plaintiff,

vs.

Union Pacific Railroad Co.
   Defendant,

State of Nebraska )
County of Lancaster )

Case # 06-128 (K.A.J.)

Affidavit of Jerome Davis & Exhibits Attached in Support

I, Jerome Davis, being duly sworn states the following is true & accurate to the best of my knowledge.

1.) Exhibit # 1 is a discharge report which consist to vital information to my updated care at Clarkson Memorial Hospital - Dept. of Pathology in July 2nd of 1984; after the removal of my left kidney from Wilmes Tumor Cancer (a unknown cancer) which was contracted while living in the geographical epicenter of the Omaha, NE. "Superfund Site" which ultimately the E.P.A. has names Defendants as possible responsible parties, (P.R.P.s) & liable for the lead contamination & poisoning which causes cancer & at said time (1984) had staggering effects on children on the said site.

2.) Exhibit # 2. is irrefutable evidence consisting of a Nuclear Medicine Report by (Medical Doctor) M.D. Richard J. Petersen; which describes the treatment I underwent with Radiology Nuclear Medicine Inc. at Bishop Clarkson Memorial Hospital in Omaha, Nebraska. Under referral of a "M.D." Fegler on approximately May 9th, 1984.

3.) That the chemotherapy, & radiology treatment that I was recieving at those times were follow-up treatment of an undergoing major operation that was vital & mandatory for my survival of such rare cancer that is known to effect children, "but that's really all that's known."

(1)



4.) After such exhibits was produced, & presented to the public domain; collected by our Federal Agencies such as the "E.P.A.", Agency for Toxic Substances & Disease Registry "A.T.S.D.R.", & Center for Disease Control "C.D.C.", all the evidence by scientist studies, answers, & presents undisputable facts that the lead-poisoning contamination done to the enviorment, in which I was born & raised on, caused me such damage & injury, & was the main factor in contributing to my rare form of cancer known as Wilmes Tumor.

5.) It's fact that I was born at Immanuel Hospital in 1977, & till the time my cancer was discovered lived at 3713 Bedford Ave. in Omaha, Nebraska, exclusively on the "Superfund site".

6.) Due to such exposure of lead poisoning contamination I suffered irreversible damages such as, Cancer, & Brain Damage.

7.) The Omaha Ne. Superfund site is the biggest in the nation, & has been added to the National Priorities List on April 30, 2003, but the historical fact shows that the (P.R.P.'s - supra) was in operations since the late 1890's - till the late 1980's, & in 1984 A.S.A.R.C.O. "American Smelting & Refinery Co. signed a lead exposure agreement, (which lead emissions came from A.S.A.R.C.O. owned partially by defendants) with "E.P.A.".

Further Affiant sayeth not.

[signature]

Subscribed & sworn on this 28 day of June, 2006.

GENERAL NOTARY - State of Nebraska
CALVIN HAYWOOD
My Comm. Exp. March 13, 2010

[signature]
Notary Public

BY: Jerome Davis # 61935 (Pro Se)
P.O. Box 2500
Lincoln, Ne. 68542-2500

(2)

Mr. Jerome Davis #61935
P.O. Box 2500
Lincoln, Ne. 68542-2500

Legal Mail
Do Not Open

Office of the Clerk
U.S. District Court
844 N. King St. Lockbox 18
Wilmington, Delaware. 19801-3510

```
BISHOP CLARKSON MEMORIAL HOSPITAL-DEPT. OF PATHOLOGY           7/02/84 - 1811
    GREENE, BROGG, GRIER, SOHN, PRICE, HAPKE, HENRY, CASE
          ******** DISCHARGE REPORT ************ DISCHARGE REPORT *********
DAVIS JEROME              PAT. #: 72910 182         MED. REC. #: 1128378
    OP          SEX: M       AGE: 06    HEIGHT:           WEIGHT:
  FLAGLER J F            ID. #.                GROUP #:                  PG   1
-------------------------------------------------------------------------------
HEMATOLOGY

   TEST       WBC       RBC      HB      HCT     MCV      MCH      MCHC
   UNIT       K/UL      MIL/UL   GMS/DL  %       CUMI     MMGM     %
   LO NORM    4 1                12 0    37 0    80.0     28.0     32.0
   HI NORM    10 5               16.0    52.0    100.0    33.0     36.0

  6/30/84  2100   4.4   3.27   8.4 L   24.6 L   75.0 L   25.9 L   34.5

   TEST       BAND      SEG      LYMPH   MONO    EOS      BASO     OTHERS
   UNIT       %         %        %       %       %        %        %

  6/30/84  2100    2      76      12       8       1        1        0

-------------------------------------------------------------------------------
HEMATOLOGY

   TEST                          PLT C
   UNIT                          K/UL
   LO NORM                       150
   HI NORM                       400

  6/30/84   2100                 191

-------------------------------------------------------------------------------
HEMATOLOGY

   TEST       PLT MORPHOLOGY     WBC MORPHOLOGY      RBC MORPHOLOGY

  6/30/84  2100  NORMAL          NORMAL              ANISO: SLT
                                                     POIK:  SLT
                                                     MICRO: MOD
-------------------------------------------------------------------------------
                                                                         END
```

EXHIBIT #1

```
DAVIS JEROME              LOCATION: OP              PATIENT #: 72910 182
```

CHART COPY

BISHOP CLARKSON MEMORIAL HOSPITAL
OMAHA, NEBRASKA

RADIOLOGY NUCLEAR MEDICINE, INC.

X-RAY NO. 1128378

Name: Davis, Jerome    Room No. OP#1128378    Doctor: Feagler    Date: 5-9-84

## NUCLEAR MEDICINE REPORT

INDIUM 111 AUTOLOGOUS LEUKOCYTE SCINTIPHOTO SERIES 5-9-84: 230 microcuries of Indium 111 labeled Autologous Leukocytes were administered IV without reaction. Scintiphotos of the head, neck, chest, abdomen and pelvic regions were obtained at 20 hours.

Normal distribution of radioactivity is seen in the bony and soft tissue structures.

No abnormal areas of nuclide accumulation are identified. Specifically, there is no evidence of abscess formation.

IMPRESSION: Normal Indium 111 Autologous Leukocyte Scintiphoto Series as described.

Richard J. Petersen, M.D.

RJP:pmj

EXHIBIT #2

CHART COPY