OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE

215-597-2995

July 20, 2006


RE: Docket No. 06-3374
    In Re: Jerome Davis,
             Petitioner
    [Related to 06-cv-00128]

Dear Sir:

We have today docketed the above-captioned petition, filed by Jerome Davis, at No. 06-3374. This docket number must appear on all documents related to this case which are submitted to this Court.

**Please read the following carefully. Each of the following paragraphs identifies a responsibility that must be met immediately.**

The petition will be forwarded to the Court for disposition. The parties will be advised when an order is entered by the Court either denying the petition or directing that responses be filed.

**RULES AND PROCEDURES:**
The Local Appellate Rules (LARs) and the Court's Internal Operating Procedures (IOPs) are printed in several federal publications. Copies of the LARs and the IOPs are available upon written request through the Clerk's office. The most recent amendments to the LARs and IOPs are also available on the Court's website at www.ca3.uscourts.gov.

**ADMITTANCE REQUIREMENTS FOR ATTORNEYS:**
Attorneys (except counsel representing the U.S.A.) must be admitted to practice before this Court in order to enter an appearance or file any documents. Third Circuit LAR 46.1. If you have never been admitted to the bar of this Court, an application form is enclosed which must be completed and returned with your form of appearance (see paragraph below). The form is also available on the Court's website. Requirements for admission are set forth in Third Circuit LAR 46.1. The Court will refuse to file any document tendered by an attorney who has not been admitted. The application for admission form must be received in this office within 08/03/06.

APPEARANCE FORM:
All attorneys who represent any party are also required to file the
enclosed Form for Appearance of Counsel in each case in which they
are involved. Third Circuit LAR 46.2. Any party whose counsel fails
to file an appearance within the time indicated will not receive
notices or copies of briefs and appendices. The appearance form must
be received in this office within 7/31/06 far as counsel
must list the parties whom they represent on the appearance form, the
filing of this form will be deemed to satisfy the requirement of
Rule 12[b], FRAP, without the filing of any additional statement.

DISCLOSURE STATEMENT:
Pursuant to Rule 26 FRAP and Third Circuit LAR 26 a Disclosure Statement
(original and four copies) must be filed by all parties (except governmental
entities) in a case. The Disclosure Statement must be received in
this office within 7/31/06.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                         By:  Chanel R. Graham
                              Case Manager
                              Direct Dial 267-299-4955

cc: Honorable Kent A. Jordan

Enclosures:
    Application for Admission (If Applicable)
    Form for Appearance of Counsel
    Disclosure Statement (If Applicable)

FPS-378                                                                 July 13, 2006
                UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


                                        No. 06-3374

                                       In re: Davis
                              (Related to D. Del. No. 06-cv-128


To:  Clerk


   1)   Motion for Leave to Proceed In Forma Pauperis

_____

   The foregoing Motion is granted. Should petitioner ever file a new motion for leave to proceed in forma pauperis in this Court, the motion must be accompanied by an affidavit in the form specified by the Federal Rules of Appellate Procedure and a statement of his prison account for the prior six months.

   Should the Court determine that this matter is an appeal or otherwise not properly filed as petition for writ of mandamus, an assessment for the filing and docketing fees might be made. See Madden v. Myers, 102 F.3d 74, 78-79 (3rd Cir. 1996).

   Appellant is directed to submit the required three additional copies of the petition to the Court within eleven (11) days of the date of this order. Within that eleven day period he must also file a certification that the trial judge and any counsel or non-represented parties in the case have been served with a copy of the petition. If the required certificate of service is not filed within that eleven day period, the petition will be dismissed for failure to prosecute with no further notice pursuant to Misc. 107.3, Third Circuit Local Appellate Rules.


                                                    For the Court,

                                                    /s/ Marcia M. Waldron
                                                         Clerk

Dated: July 20, 2006
CRG/cc: Mr. Jerome Davis
        Honorable Kent A. Jordan

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. _____

_____ vs. _____

The Clerk will enter my appearance as Counsel of Record for (please list names of **all** parties represented, using additional sheet(s) if needed):

_____

who IN THIS COURT is (please check <u>only</u> one):

\_\_\_\_\_ Petitioner(s)        \_\_\_\_\_ Appellant(s)        \_\_\_\_\_ Intervenor (s)

\_\_\_\_\_ Respondent(s)       \_\_\_\_\_ Appellee(s)         \_\_\_\_\_ Amicus Curiae

(Type or Print) Name _____

     Mr.        Ms.        Mrs.        Miss

Firm _____

Address _____

City & State _____
Zip Code _____

Phone ( \_\_\_ ) _____

**Fax** ( \_\_\_ ) _____

**PLEASE TYPE E-Mail Address**_____

**SIGNATURE OF COUNSEL:** _____

ONLY COUNSEL OF RECORD SHALL ENTER AN APPEARANCE AND ONLY THAT ATTORNEY WILL BE THE ONE NOTIFIED OF THE COURT'S ACTION IN THIS CASE. OTHER ATTORNEYS WHO DESIRE NOTIFICATION SHOULD MAKE APPROPRIATE ARRANGEMENTS WITH COUNSEL OF RECORD.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)
*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*

REV. 08/15/01