IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-00128 (KAJ) |
| | ) |
| UNION PACIFIC RAILROAD | ) |
| COMPANY, a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

Now comes Potter Anderson & Corroon LLP, having its principal offices at 1313 North Market Street (6th Floor), Wilmington, Delaware 19801, and enters its appearance as counsel for Defendant Union Pacific Railroad Company.

POTTER ANDERSON & CORROON LLP

By: /s/ Daniel F. Wolcott, Jr.
Daniel F. Wolcott, Jr. (ID No. 284)
1313 North Market Street—6th Floor
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
Fax: (30) 658-1192

*Attorneys for Defendant Union Pacific Railroad Company*

Date: September 12, 2006

[749935]

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Entry of Appearance of Potter Anderson & Corroon LLP on behalf of Defendant Union Pacific Railroad Company was served by regular United States mail upon Plaintiff at the following address of record:

> Mr. Jerome Davis
> SBI No. 061935
> Nebraska Department of Corrections
> P.O. Box 2500
> Lincoln, Nebraska 68542-2500

_____
DANIEL F. WOLCOTT, JR. (ID No. 284)

[749935]