IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-cv-00128 (KAJ) |
| ) | |
| UNION PACIFIC RAILROAD ) | |
| COMPANY, a Delaware corporation, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT UNION PACIFIC RAILROD COMPANY'S MOTION FOR EXTENSION OF TIME TO ANSWER, PLEAD OR OTHERWISE RESPOND TO THE COMPLAINT

Now comes Union Pacific Railroad Company ("Union Pacific") and asks the Court for an Order extending Union Pacific's time to answer, plead or otherwise respond to the Complaint in this case to October 3, 2006, and in support of this Motion presents the following:

1. The Complaint was filed *pro se* by Jerome Davis on February 27, 2006. According to the Complaint, he is presently incarcerated in Nebraska.

2. The Complaint concerns actions which allegedly occurred in Nebraska. The Complaint was not served on Union Pacific until August 23, 2006 (DI No. 22). It has taken time for the Complaint to find its way to Delaware counsel, and Delaware counsel first saw the Complaint on September 12, 2006. Counsel has not had sufficient time to investigate the allegations of the Complaint.

3. Given the time and inaccessibility of the Plaintiff in prison in Nebraska, counsel has not been able to comply with the provisions of L.R. 7.1.1. In addition, no phone number is included with the Complaint served on Union Pacific.

4.     An extension until October 3, 2006 will not prejudice Plaintiff and should provide Union Pacific with sufficient time to answer, respond or otherwise move to the Complaint. The extension is a reasonable one, as it is only three weeks after Union Pacific's responsive pleading would have been due.

WHEREFORE, Union Pacific requests that the Court grant leave for Union Pacific to answer, plead, or otherwise respond to the Complaint to October 3, 2006.

POTTER ANDERSON & CORROON LLP

By: /s/ Daniel F. Wolcott, Jr.
Daniel F. Wolcott, Jr. (ID No. 284)
1313 North Market Street—6th Floor
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
Fax: (30) 658-1192

*Attorneys for Defendant Union Pacific Railroad Company*

Date: September 12, 2006

[749908]

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant Union Pacific Railroad Company's Motion for Extension of Time was served by regular United States mail upon Plaintiff at the following address of record:

> Mr. Jerome Davis
> SBI No. 061935
> Nebraska Department of Corrections
> P.O. Box 2500
> Lincoln, Nebraska 68542-2500

_____
DANIEL F. WOLCOTT, JR. (ID No. 284)

[749908]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEROME DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06-cv-00128 (KAJ) |
| | ) |
| UNION PACIFIC RAILROAD | ) |
| COMPANY, a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, upon consideration of Defendant Union Pacific Railroad Company's Motion for Extension of Time, and good cause for the Motion having been shown,

IT IS HEREBY ORDERED this _____ day of _____, 2006, that Defendant Union Pacific Railroad Company may have until October 3, 2006 to answer, plead, or otherwise move to the Complaint.

_____
THE HONORABLE KENT A. JORDAN

[PAC 749908]