## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEROME DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-cv-00128 (KAJ) |
| | ) | |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY, a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

AND NOW, upon consideration of Defendant Union Pacific Railroad Company's

Motion for Extension of Time, and good cause for the Motion having been shown,

IT IS HEREBY ORDERED this _13th_ day of ___Sept.___,

2006, that Defendant Union Pacific Railroad Company may have until October 3, 2006 to

answer, plead, or otherwise move to the Complaint.

THE HONORABLE KENT A. JORDAN

[PAC 749908]