UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jerome Davis,
    Plaintiff,
vs.
Union Pacific Railroad Co.,
    Defendant.

Case # 06-128-K.A.J.

Declaration for Entry of Default

Plaintiff, Jerome Davis, hereby declares:

I am the Plaintiff herein. The complaint herein was filed on the 8th day of March 2006.

The Court files & record herein shows that the Defendants were served by the United States Marshal with a copy of summons, & a copy of the Plaintiffs' complaint on the 23rd day of August 2006.

More than 20 days have elapsed since the date on which the Defendants herein were served with summons & a copy of Plaintiffs' complaint, excluding the date thereof.

The Defendants have failed to answer or otherwise defend as to Plaintiffs' complaint, or serve a copy of any answer or any defense which it might have had, upon Affiant or any other Plaintiff.

Defendants are not in the military service & are not infants or incompetents.

I declare under penalty of perjury that the foregoing is true & correct. Executed at Lincoln, Ne. on September 12th 2006.

/s/ Jerome Davis

FILED
SEP 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

By: Mr. Jerome Davis # 61935 Pro-Se
P.O. Box 2500
Lincoln, Ne. 68542-2500

MR. JEROME DAVIS #61935
P.O. BOX 2500
Lincoln, Ne. 68542-2500

Legal Mail
Do Not Open

*This correspondence was mailed by an inmate confined in an institution operated by the Nebraska Department of Correctional Services. Its contents are uncensored.*

CLERK
U.S. District Courthouse
844 N. King St. Lockbox 18
Wilmington, Delaware 19801-3570

$00.39 SEP 14 2006 MAILED FROM ZIPCODE 68508