FOR THE DISTRICT OF DELAWARE

Jerome Davis,
   Plaintiff,

vs.

Union Pacific Railroad Co.
   Defendants,

Case # 1:06-cv-128 (K.A.J.)

Recusal Motion

Comes now, we file the foregoing motion, requesting that the assigned Honorably (yet prejudice) Kent A. Jordan recuse himself from the pending above captioned case for the following reasons. On September 12th we filed a declaration to the clerk for entry of default due to the defendants failing to defend the allegations set forth against them by the Plaintiff. In the instant case, Also, on September 12, 2006 the Defendants filed a motion for extention of time & September 13, 2006 the "Racist" yet impartial, fair, detached Judge is not, the Hon. Kent A. Jordan whom not only disallowed us to defend the motion of the Defendant & provide a response which is volitile & prejudice towards us. Therefore since the U.S. Supreme Court has stated were entitled to an practical, fair, impartial, & detached Judge inwhich Prejudice Kent A. Jordan has showed his intention to disregard our right to equalism & to redress the issues surrounding & pertaining to this matter. It's crystal clear that the defendants with thus Hon. Kent A. Jordan has crookedly conspired against Plaintiff & completely disrespected the laws, & Local Rules set forth inwhich enables the case to proceed, not be stymied & the Defendants to be held responsible for defaulting.

Wherefore we ask that due to the foregoing reason, Mr. Racist (Jim Crow) Kent A. Jordan recuse himself from this case.

Dated: September 17, 2006

Page: 1 of 2

FILED
SEP 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FOR THE DISTRICT OF DELAWARE

Jerome Davis,
   Plaintiff,

vs.                                             Case # 1:06-cv-128 (K.A.J.)

Union Pacific Railroad Co.                      Notice of Appeal
   Defendants,

Comes Now, we appeal the order of September 13, 2006 ruled by Kent A. Jordan. There isn't a justification that's proper for such order & this has showed a complete disrespect & disregard for the law, as the Judge has conspired with the defendants named in the above captioned by providing them an avenue of escape when their clearly & blatantly ignored the local rules of the court.

Dated: September 17, 2006.

                                                /s/ Jerome Davis

Certificate of Service

I hereby certify that I sent a true & correct copy of the foregoing Notice of Appeal & Recusal Motion to Daniel F. Wolcott Jr. @ 1313 N. Market Street - 6th Floor P.O. Box 951, Wilmington Delaware 19899-0951, via U.S. First Class Mail, on the 17th day of September 2006.

                                BY: Mr. Jerome Davis # 61935 Pro-Se
                                P.O. Box 2500
                                Lincoln, Ne. 68542-2500
                                (402) 471-3161 "Facsimile"

Page: 2 of 2



Jerome Davis #61935
Box 2500
Lincoln, Ne. 68542-2500

Legal Mail
Do Not Open

CLERK
U.S. District Court
844 N. King St. Lockbox 18
Wilmington, Delaware 19801-3570