## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEROME DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:06-cv-00128 (KAJ) |
| | ) | |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY, a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT UNION PACIFIC RAILROAD COMPANY'S
### MOTION TO DISMISS

Defendant Union Pacific Railroad Company, pursuant to Federal Rule of

Civil Procedure 12(b)(1), respectfully moves for dismissal of the Complaint in the above-

captioned case. The grounds for the Motion are set forth in the accompanying Opening

Brief In Support of Defendant Union Pacific Railroad Company's Motion to Dismiss.

POTTER ANDERSON & CORROON LLP

By

Daniel F. Wolcott, Jr. (ID No. 284)
1313 North Market Street—6th Floor
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
Fax: (302) 658-1192
dwolcott@potteranderson.com

*Attorneys for Defendant*
*Union Pacific Railroad Company*

Date: October 3, 2006

[753516]

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2006 the attached Defendant Union

Pacific Railroad Company's Motion to Dismiss was served upon Plaintiff by regular

United States mail at the following address of record and was electronically filed with the

Clerk of the Court using CM/ECF:

> Mr. Jerome Davis
> SBI No. 061935
> Nebraska Department of Corrections
> P.O. Box 2500
> Lincoln, Nebraska 68542-2500

DANIEL F. WOLCOTT, JR. (ID No. 284)
POTTER ANDERSON & CORROON LLP
313 North Market Street—6th Floor
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000
Fax: (302) 658-1192
dwolcott@potteranderson.com

[753516]

2