AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

for The                    DISTRICT OF   Delaware

Jerome Davis, Plaintiff,
   v.                                   **SUBPOENA IN A CIVIL CASE**
Union Pacific Railroad Co. Defendant,    Duces Tecum
                                         Case Number: 1:06-cv-128

TO: Agency for Toxic Substance & Disease Registry (Information Center)
Mailstop K-29
1600 Clifton Road
Atlanta, Ga. 30333

RECEIVED SEP 29 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Certified copies of the #1. Cancer Incident Rates In East Omaha: dated July 13, 2005; #2.) http://www.atsdr.c.d.c.gov/HAC/PHA/Omaha Lead 042805-NE/Omaha-Lead 042805-NE.pdf.; #3.) http//www.atsdr.c.d.c gov/sites/omaha/lead.; #4.) http://www.atsdr.cdc.gov/tfacts13.html.

| PLACE | DATE AND TIME |
| --- | --- |
| P.O. BOX 2500, Lincoln, Ne. 68542-2500, c/o Jerome Davis #61935 | October 11, 2006; 09:00 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
| --- | --- |
| [signature] #61935  Plaintiff's Attorney "Pro-Se" | 9-25-06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Jerome Davis #61935, Box 2500, Lincoln, Ne. 68542-2500   Facsimile # 402-471-3161

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

8

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | |
|---|---|
| DATE 9-25-06 | PLACE Agency For Toxic Substance & Disease Registry |
| SERVED VIA: U.S. First class mail | Mailstop E-29 |
| | 1600 Clifton Rd. |
| | Alanta, Ga. 30333 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Agency For Toxic Substance & Disease Registry | Subpoena |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Jerome Davis #61935 | Plaintiff's Attorney (Pro Se) |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on September 25, 2006
DATE

Signature of Server: Jerome Davis #61935

ADDRESS OF SERVER: P.O. Box 2500
Lincoln, NE. 68542-2500