District of Delaware

Jerome Davis,
Plaintiff

v.

D.P.R.C.,
Defendant

Case # 06-128 (KAJ)

Plaintiff's Response to Defendant's Motion to Dismiss, & Affidavit of Jerome Davis.

Comes now the Plaintiff provides this court an response to Defendant's motion to dismiss & states:

I. Plaintiff's Complaint should not be dismiss on the grounds that court lacks jurisdiction.

A. Since the Defendant Union Pacific Railroad Company is incorporated in Delaware their considered a citizen, & therefore such corperation has citizenship in the state of Delaware inwhich gives this court jurisdiction.

B. When Plaintiff Jerome Davis files his complaint the magistrate presiding in this action seen we asserted that the court has jurisdiction pursuant to 28 U.S.C. § 1332, & we specifically stated in our complaint we has domicile in Nebraska & Defendant was incorporated in Delaware inwhich arises an diversity of citizenship between Plaintiff & Defendant in addition to the amount of damages in controversy has met the requirements of the diversity & citizenship statue 28 U.S.C. § 1332.

II. Plaintiff's request for Certification of Class Action should be granted.

Plaintiff may not meet all four prerequisites necessary for class action Certification, yet since the Omaha, Nebraska Superfund site has caused

Page 1 of 2

Tens of thousands of injuries to Douglas County (Eastern) residence; "as said by Agency for Toxic Substances & Disease Registry, as well as the Environmental Protection Agency, & all scientific & historical evidence collected by our Federal Government Agencies" We have requested such certification, & appointment of counsel to represent the class in which all future pro se litigants can enjoin as a class. (See: Affidavit of Jerome Davis)

Dated: October 10th, 2006.

*/s/ Jerome Davis/*

---

Certificate of Service

I, hereby, certify sending a true & correct copy of the foregoing document to Jan Wolcott Jr. at 1313 N. Market St. - 6th floor, Box 951, Wilmington Delaware 19899-0951, via, U.S. first class mail, on this 10th day of October, 2006.

BY: Mr. Jerome Davis #61935 Pro Se
Box 2500
Lincoln, NE. 68542-2500
Facsimile - (402) 471-3161

Page 2 of 2

