UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JEROME DAVIS,
Plaintiff,

V.

U.P.R.C.,
Defendant,

CASE # 06-128 (KAJ)

FILED
OCT 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AFFIDAVIT OF JEROME DAVIS IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

STATE OF NEBRASKA }
COUNTY OF LANCASTER )

I, JEROME DAVIS, THE AFFIANT, FIRST BEING DULY SWORN DO DEPOSE & STATES:

1.) THAT I WAS THE PLAINTIFF AGAINST UNION PACIFIC RAILROAD COMPANY IN DOCKET # 1054 PG. 729 FILED IN DOUGLAS COUNTY DISTRICT COURT, FILED OCTOBER 6, 2005 & WAS DISMISSED ON AUGUST 15, 2006.

2.) I FILED A MOTION TO DISMISS MY DOUGLAS COUNTY ACTION ON APRIL 10, 2006 & THE PRESIDING MAGISTRATE MARK W. ASHFORD REFUSED TO HEAR MY MOTION DUE TO AN ONGOING APPEAL IN THE 8th CIRCUIT COURT OF APPEALS AGAINST MAGISTRATE.

3.) I CALLED RUDY TESAR & SPOKE WITH HIM, (THE CLERK OF THE DISTRICT COURT) & MAKING HIM AWARE THAT I HAD'NT BEEN NOTIFIED BY THE CLERK ABOUT THE PROCEEDINGS INWHICH LEAD UP TO THE DISMISSAL OF MY CASE AS DOCUMENTATION AT OUR INSTITUTION WILL SHOW.

4.) THAT I HAVE ONLY FILED ONE PRIOR COMPLAINT AGAINST DEFENDANTS BESIDES THIS ACTION.

5.) IN MY ORIGINAL COMPLAINT I ASK FOR AN ATTORNEY TO REPRESENT THE CLASS IN MY REQUEST TO CERTIFY A CLASS ACTION IN THIS SUIT.

6.) I am a citizen of Nebraska, & due to Defendant being incorporated in Delaware their a citizen of the state of Delaware

7.) I have made these statements in support of Plaintiff's Response to Defendant Motion to Dismiss.

8.) All said within I belive are true & correct to the best of my knowledge.

Further Affiant Sayeth Not,

[signature]

Subscribed & Sworn before me on this 10th day of October, 2006

GENERAL NOTARY - State of Nebraska
CALVIN HAYWOOD
My Comm. Exp. March 13, 2010

Notary Public [signature]

Certificate of Service

I hereby certify sending a true & correct copy of the foregoing document to Dan Wolcott Jr. at 1313 N. Market St. - 6th Floor, Box 951, Wilmington Delaware 19899-0951, via U.S. First class mail, on this 10th day of October, 2006.

By: Mr. Jerome Davis #61935 Pro Se
Box 2500
Lincoln, NE. 68542-2500
Facsimile - (402) 471-3161



MR. JEROME DAVIS #61935
P.O. BOX 2500
Lincoln, NE 68542-2500

U.S.M.S.
D-R
X

. Legal Mail
Do Not Open

Notice! This corresp[illegible] was mailed by an inma[illegible] in an institution ope[illegible] by the Nebraska D[illegible] of Correctional [illegible]. Its contents are un[illegible].




CLERK
U.S. DISTRICT COURTHOUSE
844 KING ST.
LOCKBOX-18
Wilmington Delaware 19801