District of Delaware

Jerome Davis,
   Plaintiff,

v.

U.P.R.C.,
   Defendant,

FILED
OCT 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Case # 06-128 (KAJ)

Motion to hold Defendant in Contempt/Sanction

Comes Now Plaintiff request that this court holds Defendant in contempt & have Defendant's appointed counsel sanctioned for the reasons stated as followed:

1.) Defendants have blatantly in their motion to dismiss filed a frivolous yet dilatory motion, inwhich case Defendant has intentionally attempted to place before this court misleading, & inaccurate details about a previous case filed by the Plaintiff against "U.P.R.C." in Docket # 1054 pg. 729, held in the Douglas County District Court, Omaha, Nebraska. It claims Plaintiff's case was dismissed on progression for failure to prosecute by the executive branch, (Court Administrator Doug Johnson) inwhich case has no such authority to an judicial proceeding; as to dismiss Plaintiff's case but can only recommend such dismissal to the proceeding judge. Furthermore, Defendant failed to express to the Court the fact that the Court Administrator failed to provide Plaintiff a copy of any such order of progression.

2.) Defendants ask for an extention of time in order to file an answer, yet instead have used the judicial process for the sole purpose as abusing this court as well as the Plaintiff's ability to proceed with the foregoing action. Inwhich case if the court refuses to take action will allow Defendants to disrespect the law & integrity of the judicial process.

Page 1 of 2



WHEREFORE, Plaintiff prays this court will hold Defendant in Contempt & sanction by fining them $500.00 for filing a dilatory & frivolous motion.

Dated: October 10th, 2006.

[signature]

Certification of Service

I hereby certify sending a true & correct copy of the foregoing motion to Dan Wolcott Jr. at 1313 N. Market St - Box 951, Wilmington, Delaware, 19899-0951, via U.S. first class mail, on this 10th day of October, 2006.

BY: Mr. Jerome Davis #61935 Pro Se
Box 2500
Lincoln, Ne. 68542-2500
Facsimile-(402) 471-3161

~~NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES~~
~~INMATE INTERVIEW REQUEST~~
~~TO:~~ ~~DATE:~~
~~FROM:~~ ~~NAME / NUMBER~~ ~~FACILITY~~ ~~LOCATION~~
~~WORK LOCATION:~~ ~~UNIT STAFF:~~
~~MESSAGE:~~
~~ORIGINAL – DCS Employee~~
~~YELLOW – Inmate~~
~~Both copies need to be submitted for response.~~
~~Signature~~
~~REPLY:~~
~~Date~~ ~~Signature~~
~~DCS-A-adm-013 (rev. 2/97)~~

Mr. Jerome Davis #61935
P.O. Box 500
Lincoln, NE 68542-2500

Legal Mail
Do Not Open

CLERK
U.S. District Courthouse
844 King St.
Lockbox-18
Wilmington, Delaware 19801