AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

IN THE                                    DISTRICT OF    Delaware

Jerome Davis, Plaintiff,

V.                                        **SUBPOENA IN A CIVIL CASE**

Union Pacific Railroad Co., Defendant.    Duces Tecum

Case Number: 1-06-CV-128-(KAJ)

FILED OCT 23 2006

TO: Mrs. Bety A. Fairley
400 Eastborough Ln.
Lincoln, NE. 68505

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Nebraska State Penitentiary - 1402 Pioneers Blvd. Lincoln, NE. 68502 | Nov. 8, 2006 - 09:45 |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Jerome Davis Pro Se Attorney for Plaintiff | 10-16-06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Mr. Jerome Davis, P.O. Box 2500, Lincoln, NE. 68542-2500, Facsimile - (402) 471-3161

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

8

¹ If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | | |
|---|---|---|
| DATE 10-16-06 | | PLACE 460 Eastborough Ln.<br>Lincoln, NE. 68505 |
| SERVED Via- U.S. First Class Mail | | MANNER OF SERVICE |
| SERVED ON (PRINT NAME)<br>Mrs. Betty A. Fairley | | Subpoena |
| SERVED BY (PRINT NAME)<br>Mr. Jerome Davis #61935 Pro Se | | TITLE<br>Plaintiff's Attorney |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  10-16-06
DATE

Signature of Server: Jerome Davis #61935 Pro Se

ADDRESS OF SERVER
P.O. Box 2500
Lincoln, NE. 68542-2500

9