IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JEROME DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:06-CV-00128 (KAJ) |
| | ) | |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY, a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### RESPONSE OF UNION PACIFIC RAILROAD COMPANY TO PLAINTIFF'S MOTION TO HOLD UNION PACIFIC COUNSEL IN CONTEMPT

Now comes Union Pacific Railroad Company ("Union Pacific") which responds to and opposes Plaintiff's Motion to Hold Defendant's Counsel in Contempt (D.I. 36) as follows:

1. Plaintiff has not referenced a specific statute or rule under which he is proceeding. Without such specificity, the motion is improper and should be dismissed as defendant is not properly informed of the basis for the motion.

2. Plaintiff claims that Union Pacific's Motion to Dismiss (D.I. 28) is "frivious [sic] yet dilatory." (Mot. To Hold Def. In Contempt/Sanction. ¶ 1, D.I. 36). Defendant filed a Motion to Dismiss because of the lack of diversity between the parties since both are citizens of Nebraska. Defendant's motion was neither frivolous nor dilatory; it is meritorious.

3. Plaintiff also mentions that Defendant's counsel incorrectly characterized his law suit filed in a Nebraska state court. The reason for Plaintiff's Complaint is not clear. Union Pacific attached the court documents to its Opening Brief in Support of its Motion to Dismiss (D.I. 29, Exhibit C), which speak for themselves. Plaintiff has not denied that his action in Nebraska was subject to a dismissal.

WHEREFORE, for the foregoing reasons, Defendant asks that Plaintiff's Motion for Contempt be denied.

        POTTER ANDERSON & CORROON LLP

        By: /s/ Daniel F. Wolcott, Jr.
        Daniel F. Wolcott, Jr. (ID No. 284)
        1313 North Market Street—6th Floor
        P. O. Box 951
        Wilmington, Delaware 19899-0951
        (302) 984-6000
        Fax: (302) 658-1192
        dwolcott@potteranderson.com

*Attorneys for Defendant*
*Union Pacific Railroad Company*

Date: October 30, 2006

[757556]

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2006, the attached Response of Union Pacific Railroad Company to Plaintiff's Motion to Hold Union Pacific Counsel in Contempt was served upon Plaintiff by regular United States mail at the following address of record and was electronically filed with the Clerk of the Court using CM/ECF:

>Mr. Jerome Davis
>SBI No. 061935
>Nebraska Department of Corrections
>P.O. Box 2500
>Lincoln, Nebraska 68542-2500

_____
DANIEL F. WOLCOTT, JR. (ID No. 284)

[757556]