District of Delaware

Jerome Davis,
    Plaintiff,

v.

J.P.R.C.,
    Defendant,

Case # 06-cv-128 (KAJ)

Letter 2 Magistrate

To: Judge Kent A. Jordan,

    I need documentation, an order showing (1) That I have permission to conduct discovery at my institution, a deposition pursuant to Rule 30 of the Fed. R. Civ. P. on Nov. 8th, 2006 at 9:45 AM, & (2) That Latimer Reporting, Court Reporters can bill the Clerk of this Court since I have leave to proceed in forma pauperis.

Could you please send me proper authorization so I can therefore conduct discovery.

                                                                             /s/ Jerome Davis

October 30, 2006.

Certificate of Service

I hereby certify that I sent a true & correct copy of the foregoing document to Dan F. Wolcott Jr., at 1313 N. Market St. - P.O. Box 951, Wilmington, Delaware 19899-0951. Via - U.S. First Class mail, on this 30th day of October 2006.

                      By: Mr. Jerome Davis # 61935
                           P.O. Box 2500
                           Lincoln, NE. 68542-2500
                           Facsimile - (402) 471-3161

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE 2006 NOV -3 PM 4:19



Mr. Jerome Davis #61935
2500
Lincoln NE. 68542-2500

Legal Mail
Do Not Open

CLERK
U.S. District Courthouse
844 King St., Lockbox 18
Wilmington, Delaware 19801-3570