UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Jerome Davis,
    Plaintiff

v.                                    Case # 1:06 CV 128 (KAJ)

U.P.R.C.
    Defendant                         Affidavit of Jerome Davis in
                                      Support of Evidence Submitted

State of Nebraska } S.S.
County of Lancaster }

I, Jerome Davis, the Affiant, first being duly sworn, deposed & stated.

1.) I am the Plaintiff in the above captioned case.

2.) Pursuant to Rule 45 of the Federal Rules & Civil Procedures, I requested from Environmental Protection Agency (a non-moving party) to prepare authenticated documents of possible responsible parties of the Omaha Lead Superfund Site & upon my request I was sent 1-227 that has been certified for authenticity by Bonita Lewis - Title: Records Center Manager, pursuant to 40 C.F.R. 2.406, witnessed by Regional Counsel Martha Steincamp with the official seal of the United States Environmental Protection Agency, & designated by John B. Askew, Regional Administrator whom all are employed with Region 7 of the U.S. "E.P.A.".

3.) All documents are in support of my claim against Defendant Union Pacific Railroad Co., & how they've been deemed liable for lead poisoning contamination, (by such government officials) of Omaha Lead Superfund Site, Omaha, Douglas County, Nebraska.

4.) That I'm submitting the forementioned record into evidence in this case before the court.

Page 1 of 2

[FILED NOV - 6 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

5.) That all of the foregoing information is true & correct to the best of my knowledge.

Further Affiant Sayeth Not

Jerome Davis #61935

Subscribed & Sworn before me this 20th day of October, 2006.

[GENERAL NOTARY - State of Nebraska / SAMUEL S. SHAW / My Comm. Exp. Sept. 27, 2009]

Notary Public

---

Certificate of Service

I hereby certify that I sent a true & correct copy of the foregoing Affidavit of Jerome Davis to Mr. F. Wolcott Jr., at 1319 N. Market St. — 6th Floor - P.O. Box 951, Wilmington Delaware 19899-0951, via - U.S. First Class mail, on the 31st day of October, 2006.

BY: Mr. Jerome Davis #61935 Pro Se
P.O. Box 2500
Lincoln, NE. 68542-2500
Facsimile - (402) 471-3161

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
INMATE INTERVIEW REQUEST

TO:                           FROM:
DATE:    Page 2 of 2    FACILITY·    NAME/NUMBER    ·LOCATION
                        UNIT STAFF:                  WORK LOCATION

MESSAGE·

REPLY·

Both copies need to be submitted for response.
ORIGINAL - DCS Employee    YELLOW - Inmate
Date            Signature
Signature
DCS-A-adm-010 (Rev. 2/97)

OME Davis #61935
2500
NE-68542-2500

Legal Mail
Do Not Open

5.00

CLERK
U.S. District Courthouse
844 N. King Street
Lockbox 18
Wilmington, Delaware 19801-3570

