OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 7, 2006

Jerome Davis
SBI# 61935
Nebraska Department of Corrections
P.O.Box 2500
Lincoln, NE 68542-2500

      Re:    Document Production from Environmental Protection Agency (227 pages)
              Davis v. Union Pacific Railroad Co.
              Civil Action No. 06-128 KAJ
              **Notice of Deficiency as to: Service of Documents upon Defense Counsel**

Dear Mr. Davis:

      Pursuant to Local Rule 5.1.2, I write to report the Clerk has accepted the above papers for docketing, but the Court will take no action with regard to the matter until the following deficiency is corrected:

___    1.    Local Counsel (Local Rule 83.5 (d))
             ___    All notices, pleadings and papers shall be served on local counsel
             ___    All papers filed with the Court must be signed by local counsel

___    2.    Form of Papers (Local Rule 5.1.1)
             ___    Cover page fails to comply with Local Rule 5.1.1
             ___    Information below signature line fails to comply with
                    Local Rule 5.1.1 & 7.1.3 (a)(1) - no Delaware Bar I.D. number
             ___    other:

**XX**    3.    Service (Local Rule 5.2)
             **XX**    Paper lacks certification of service for service upon Defense Counsel.
             ___    Letter fails to identify proper service - No copy to the Clerk of Court
             ___    Letter fails to indicate method of delivery for all recipients

___    4.    Number of Copies (Local Rule 5.3 and the Court's Scheduling Order)

  ___    5.    <u>Motions</u> (Various Local Rules and the Court's Scheduling Order)
- ___ Failure to schedule conference with the Court prior to filing discovery motion according to the Court's Scheduling Order
- ___ Failure to include statement showing efforts to reach agreement according to Local Rule 7.1.1
- ___ Failure to include pleading as amended, and one copy; the motion shall include a form of the amended pleading which shall indicate in what respect it differs from the pleading which it amends, by bracketing materials to be deleted and underlining materials to be added according to Local Rule 15.1
- ___ Discovery motion does not include or recite discovery that is subject of motion according to Local Rule 37.1
- ___ Failure to file an Opening Brief and accompanying affidavit(s) on the date of the filing of the said motion according to Local Rule 7.1.2.
- ___ No Notice of Motion is Required according to Local Rule 7.1.2
- ___ No Proposed Order filed with the motion

  ___    6.    <u>Briefs</u> (Local Rules 7.1.2 and 7.1.3)
- ___ Cover
- ___ Format  Local Rule 7.1.3 (a)(3)
- ___ Length
- ___ Other

  ___    7.    <u>Request for Extension of Time</u> (Local Rule 16.5)
- ___ Lacks Statement
- ___ Other

**XX**    8. <u>Other</u>  - **Copies of <u>all</u> documents filed with the Court must be served upon Defense counsel. Defense counsel's address information is attached.**

Your papers have been docketed by the Court, however no action will be taken until the above discrepancies have been corrected. Pursuant to Rule 5.1.2 please promptly serve a copy of this notice on all other parties.

                                  Very truly yours,

                                  *Bob Cruickshank*

                                  Deputy Clerk

Enclosure

cc:    Case File
        Daniel F. Wolcott, Jr. (Via CM/ECF)

**Search Results**

```
Jerome Davis
SBI# 61935
Nebraska Department of Corrections
P.O.Box 2500
Lincoln, NE 68542-2500




Daniel F. Wolcott, Jr
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th
P.O. Box 951
Wilmington, DE 19899-0951




Total labels:  2



Not printed due to inadequate address:  3
```