United States District Court
District of Delaware

Jerome Davis,
Plaintiff,
v.
Union Pacific Railroad Co.,
Defendant.

Case # 1:06-cv-128 (KAJ)

Letter to Clerk

To: Peter T. Dalleo,

Please foreward the foregoing Subpoenas Duces Tecum to the U.S. Marshal's Office for service since Plaintiff is proceeding in forma pauperis.

[signature]

November 6, 2006

Certificate of Service

I hereby certify sending a true & correct copy of the foregoing document to Dan F. Wolcott Jr., 1313 N. Market St. – 6th floor – P.O. Box 951, Wilmington, Delaware 19899-0951, via U.S. First Class mail, on this 6 day of November, 2006.

By: Mr. Jerome Davis # 61935 Pro-Se
P.O. Box 2500
Lincoln, Ne. 68542-2500
Facsimile - (402) 471-3161

FILED
NOV 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Mr. Jerome Davis #61935
P.O. Box 2500
Lincoln, Ne. 68542-2500



Legal Mail
Do Not Open

Clerk of District Court

U.S. District Courthouse

844 N. King St. Lockbox 18

Wilmington, Delaware 19801



AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

For The    DISTRICT OF    Delaware

Jerome Davis, Plaintiff,
            v.                                    **SUBPOENA IN A CIVIL CASE**
Union Pacific Railroad Co., Defendant.
                                    Duces Tecum
                                    Case Number: 1:06-cv-128 (KAJ)

TO: Agency for Toxic Substance & Disease Registry (Center for Disease Control
1600 Clifton Road NE. Mailstop F-32
Atlanta, GA. 30333

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

FILED NOV 13 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE
BD Scanned

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Authenticated Copies of the 2005 Public Health Assessment, & July 2005 Cancer Data Review. As well as May 2005 Public Health Assessment of The Omaha Lead Site, Douglas County, Nebraska = Home.

| PLACE | DATE AND TIME |
|---|---|
| P.O. Box 2500, Lincoln, Ne. 68542-2500 c/o Jerome Davis # 61935 | 01-01-07 -- 09:00 hrs. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Jerome Davis  Attorney for Plaintiff | 11-06-06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Mr. Jerome Davis, P.O. Box 2500, Lincoln, Ne. 68542-2500, Facsimile (402) 471-3161

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

8

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
|  |  |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
|  |  |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____                    _____
                    DATE                                SIGNATURE OF SERVER

                                                       _____
                                                       ADDRESS OF SERVER

9

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

For The

DISTRICT OF  Delaware

Jerome Davis, Plaintiff

v.

Union Pacific Railroad Co., Defendant

**SUBPOENA IN A CIVIL CASE**

Duces Tecum

Case Number: 1:06-cv-128 (KAJ)

TO: Clarkson Hospital
4265 Dewey Avenue
Omaha, NE 68105

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

FILED NOV 13 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE
BD scanned

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Each & every medical record history of Jerome Davis -- D.O.B. 08-15-77 -- Soc.# 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. Beginning from -- 01-01-83, to the present. Include all insurers information & In-Out patient charts.

| PLACE | DATE AND TIME |
|---|---|
| P.O. Box 2500, Lincoln, NE. 68542-2500, C/o Jerome Davis #61935 | 01-01-07 -- 09:00 hrs. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Jerome Davis  Attorney for Plaintiff | 11-06-06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Mr. Jerome Davis #61935, P.O. Box 2500, Lincoln, NE. 68542-2500, Facsimile - (402) 471-3161

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

8

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

| | PROOF OF SERVICE | |
|---|---|---|
| | DATE | PLACE |
| SERVED | | |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                        DATE                              SIGNATURE OF SERVER

                                                 _____
                                                 ADDRESS OF SERVER

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

_for The_   DISTRICT OF  _Delaware_

Jerome Davis, Plaintiff,
v.
Union Pacific Railroad Co., Defendant.

**SUBPOENA IN A CIVIL CASE**
Duces Tecum

Case Number:[1] 1:06-cv-128 (KAJ)

TO: Immanuel Medical Center, 6901 N. 72nd St.
Omaha, NE 68122

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

FILED NOV 13 2006 U.S. DISTRICT
BD scanned

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Each & every medical record history of patient Jerome Davis -- D.O.B. 08-15-77 -- Soc.# 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, beginning from 01-01-83, to the present. Include all Insurers information & in patient charts.

| PLACE | DATE AND TIME |
|---|---|
| P.O. Box 2500, Lincoln, NE. 68542-2500 c/o Jerome Davis # 61935 | 01-31-07 -- 09:00 hrs. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| _[signature]_ Plaintiff's Attorney | 11-06-06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Mr. Jerome Davis, P.O. Box 2500, Lincoln, NE. 68542-2500, Facsimile - (402) 471-3161

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

|  | PROOF OF SERVICE | |
|---|---|---|
|  | DATE | PLACE |
| SERVED |  |  |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

For The                     DISTRICT OF   Delaware

Jerome Davis, Plaintiff.

v.                          **SUBPOENA IN A CIVIL CASE**

Union Pacific Railroad Co., Defendant.

Duce Tecum

Case Number:[1]  1:06-cv-128 (KAJ)

TO: Omaha Public Schools
3216 Cummings St.
Omaha, Ne. 68131.

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

FILED
NOV 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Bd scanned

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Authenticated Copy of prior student Jerome Davis transcripts. D.O.B. 08-15-1977 -- Soc.# 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, & School attendances.

| PLACE | DATE AND TIME |
|---|---|
| P.O. Box 2500, Lincoln, Ne. 68542-2500 c/o Jerome Davis #61935 | 01-01-07 -- 09:00 hrs. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ Jerome Davis   Attorney for Plaintiff | 11-06-06 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Mr. Jerome Davis #61935, P.O. Box 2500, Lincoln, Ne. 68542-2500, Facsimile-(402) 471-3161

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

8

[1] If action is pending in district other than district of issuance, state district under case number.

~~AO88 (Rev. 1/94) Subpoena in a Civil Case~~

| | PROOF OF SERVICE | |
|---|---|---|
| | DATE | PLACE |
| SERVED | | |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                          DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER