UNITED STATES DISTRICT COURT
District of Delaware

Jerome Davis,
  Plaintiff
v.
Union Pacific Railroad Co.
  Defendant.

Case # 06-cv-128 (KAJ)

Affidavit of Jerome Davis DeNovo, In Support Of Plaintiffs Motion to hold Defendants in contempt.

State of Nebraska ) s.s.
County of Lancaster )

I, Jerome Davis, the Affiant, first being duly sworn, deposes & states:

1) Exhibits - "A", "B", & "C", are all motions to dismiss filed by the Plaintiff in his prior case in which the presiding magistrate would not make any rulings b/c of an appeal from an complaint I filed against said magistrate in the United States District Court in Nebraska, yet at such hearing attached to the Defendants Brief for motion to dismiss (Exhibit C page 2) on February 24, 2006 the magistrate decides no further action would be taken. Furthermore magistrate states that he would dismiss my case without prejudice if I dismissed my appeal action against him & I was under the impression that was what transpired; as I was never notified about an progression order by the court administrator & in Defendants brief for a motion to dismiss (Exhibit C - Progression Letter) such letter isn't address to me but to Union Pacific Railroad Co. prior counsel, I never recieved this letter.

2) All the information setforth herein is true & correct to the best of my knowledge.
  Further Affiant Sayeth Not.
  [signature]

Subscribed & Sworn before me this 06 day of November, 2006.

[Notary stamp: GENERAL NOTARY - State of Nebraska, CALVIN HAYWOOD, My Comm. Exp. March 13, 2010]

Notary Public, [signature]

FILED
NOV 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Page 1 of 2

Certificate of Service

I hereby certify sending a true & correct copy of the foregoing document to Dan F. Wolcot Jr., 1313 N. Market St. — 6th floor -- P.O. Box 951, Wilmington, Delaware 19899-0951, via U.S. First Class Mail, on this 6th day of November, 2006.

By: Mr. Jerome Davis #61935 Pro Se
P.O. Box 2500
Lincoln, NE. 68542-2500
Facsimile - (402) 471-3161

Page 2 of 2

(Nebraska Department of Correctional Services — Inmate Interview Request form, printed upside-down in background)

Jerome Davis,
  Plaintiff

v.

U.P.R.C.
et al, Defendants.

Case: 1054 pg. 729

MOTION TO DISMISS

Comes Now, The Affiant Jerome Davis ask that this court will dismiss the following case matter without prejudice.

Wherefore as concerns to plaintiffs appeal involving Honorable W. Mark Ashford in the 8th Circuit Court of Appeals has no limitations to Judge Ashfords decision to make a ruling on this matter or rulings in state jurisdiction. Therefore we ask the above said case be dismissed without prejudice.

  *Jerome Davis*

Certification of Service

I hereby certify, I sent an true & accurate copy of the foregoing motion to Anastasia Wagner at 10306 Regency Parkway Drive, Omaha, Ne. 68114-3743, By U.S. First class mail on this 26th day of February 2006.

  By: Jerome Davis # 61935, Pro Se
  P.O. Box 2500
  Lincoln, Ne. 68542-2500

Exhibit - A

Jerome Davis,
Plaintiff,

V.

U.P.R.C.,
Defendant.

Case # 1054 PG 729

Notice of Dismissal

We come now asking this court to dismiss this action without prejudice.

Dated this 18th day of April 2006.

Certificate of Service

I hereby certify that I sent a true & accurate copy of the foregoing Notice of Dismissal to Anastasia Wagner at 10306 Regency Prkwy. Dr., Omaha, Ne. 68114 by U.S. First Class mail on this 18th day of April 2006.

By: Jerome Davis # 61935
P.O. Box 2500
Lincoln, Ne. 68542-2500

Exhibit-B

Jerome Davis,
   Plaintiff,
Vs.

U.P.R.C.
   Defendant,

Case # 1054 PG. 729

Second Motion to Dismiss

Come now we ask this court to dismiss foremeantionals case without prejudice. As far as defendants argument & motion to dismiss with prejudice; Judge Gary B. Randall overrules such motion. Therefore this court should respect such ruling Res-Judicata. Wherefore we pray our claim is dismissed without prejudice.

Dates: June 9th 2006

Signature: Jerry Davis

Certification of Service

I hereby certify sending a true & correct copy of foregoing Motion to Dismiss to Anastasia Wagner, at 10306 Regency Parkway Dr., Omaha, NE. 68114, by U.S. First class mail, on this 9th day of June 2006.

BY: Jerome Davis #61935 (Pro Se)
P.O. Box 2500
Lincoln, NE. 68542-2500

Exhibit - C

(Form: Nebraska Department of Correctional Services — Inmate Interview Request)



Mr. Jerome Davis #61935
P.O. Box 2500
Lincoln, NE. 68542-2500

Legal Mail
Do Not Open

Clerk of U.S. District Court
844 N. King St.
Lockbox 18
Wilmington, Delaware 19801-