District of Delaware

Jerome Davis,
Plaintiff,

v.

Union Pacific Railroad Co.
Defendants.

Case # 1:06-cv-128(KAJ)

Notice of Appeal & Motion for Leave to Proceed In Forma Pauperis

Comes Now, we the Plaintiff wishes to appeal the final order of this court by presiding Magistrate on November 7, 2006. Furthermore we ask permission for leave to proceed in forma pauperis on appeal of this matter.

November 13, 2006

Certificate of Service

I hereby certify sending a true & correct copy of the foregoing document to William F. Wolcott Jr., 1313 N. Market St. - P.O. Box 951, Wilmington, Delaware. 19899-0951 via-first class mail, on this 13 day of November. 2006.

By: Mr. Jerome Davis # 61935 Pro-Se
P.O. Box 2500
Lincoln, Ne. 68542-2500
Facsimile - (402) 471-3161

FILED
NOV 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES
INMATE INTERVIEW REQUEST

MR. JEROME DAVIS #61985
P.O. BOX 2500
Lincoln, NE. 68542-2500

Legal Mail
Do Not Notice — This correspondence was mailed by an inmate confined in an institution operated by the Nebraska Department of Correctional Services. Its contents are uncensored.

CLERK
U.S. DISTRICT COURT
844 N. King St., Lockbox 18
Wilmington, Delaware 19801-1357